James W. Dabney (JD 9715)
Darcy M. Goddard (DG 2260)
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004-1980
Telephone: 212.859.8000
Facsimile: 212.859.4000

Attorneys for Plaintiff
Virgin Enterprises Limited

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                Plaintiff,

      - against -

ENOM, INC., VIRGINAIRLINES.COM, DOMAINS
VENTURES, WWWVIRGINATLANTIC.COM,
CARLO HAKOPIAN, VIRGINDIRECT.COM,
GEOVICS INFOTECH NIG.LTD,
VIRGINBEAUTYLTD.BIZ, WHOIS PRIVACY
PROTECTION SERVICE, INC.,
VIRGINHEALTHCARE.COM, VIRGIN HEALTH
CORP., and VIRGINHEALTH.NET,

                Defendants.

---------------------------------------------------------------x

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for Plaintiff Virgin Enterprises Limited ("VEL") states that VEL has no parent corporation and that no publicly held corporation owns 10% or more of VEL's stock.

Dated: New York, New York  
January 14, 2008

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By _____  
James W. Dabney (JD 9715)  
Darcy M. Goddard (DG 2260)

One New York Plaza  
New York, New York 10004-1980  
Telephone: 212.859.8000

Attorneys for Plaintiff  
Virgin Enterprises Limited

- 2 -