```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                             Plaintiff,

               - against -

ENOM, INC., VIRGINAIRLINES.COM, DOMAINS
VENTURES, WWWVIRGINATLANTIC.COM,
CARLO HAKOPIAN, VIRGINDIRECT.COM,
GEOVICS INFOTECH NIG.LTD,
VIRGINBEAUTYLTD.BIZ, WHOIS PRIVACY
PROTECTION SERVICE, INC.,
VIRGINHEALTHCARE.COM, VIRGIN HEALTH
CORP., and VIRGINHEALTH.NETS,

                             Defendants.

-----------------------------------------------------------x

ECF CASE

08 CIV. 00328 (JGK)

**NOTICE OF DISMISSAL**

      PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff voluntarily dismisses this action as to defendants eNom, Inc. and Whois Privacy Protection Service, Inc. without prejudice.

Dated:    New York, New York
           February 5, 2008

FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP

By: _____
     James W. Dabney
     Darcy M. Goddard

One New York Plaza
New York, New York 10004-1980
(212) 859-8000
e-mail: james_dabney@friedfrank.com

Attorneys for Plaintiff
Virgin Enterprises Limited

*So ordered*
[signature]
2/6/08

563002