James W. Dabney (JD 9715)
Darcy M. Goddard (DG 2260)
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004-1980
Telephone: 212.859.8000
Facsimile: 212.859.4000

Attorneys for Plaintiff
Virgin Enterprises Limited

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                Plaintiff,

- against -

ENOM, INC., VIRGINAIRLINES.COM, DOMAINS
VENTURES, WWWVIRGINATLANTIC.COM,
CARLO HAKOPIAN, VIRGINDIRECT.COM,
GEOVICS INFOTECH NIG.LTD,
VIRGINBEAUTYLTD.BIZ, WHOIS PRIVACY
PROTECTION SERVICE, INC.,
VIRGINHEALTHCARE.COM, VIRGIN HEALTH
CORP., and VIRGINHEALTH.NET,

                Defendants.

-----------------------------------------------------------------x

ECF CASE

08 Civ. 00328(JGK)

**REGISTRAR CERTIFICATE**

I, Sara Scruton, hereby certify and declare:

    1.    I have personal knowledge of the facts stated in this Registrar Certificate, and could and would testify to these facts if called as a witness in this matter. I am the Compliance Officer for Tucows, Inc. ("Tucows").

2. Tucows is a registrar of Internet second-level domain names in a variety of top-level domains, including .COM, .NET and .ORG.

3. Our records indicate Virgin Health Corp. ("VHC"), having an address at 7300 Corporate Center Drive, Miami, Florida 33126, is the registrant of the domain name VIRGINHEALTH.NET.

4. Through the deposit of this Registrar Certificate with the Registry of the Court, Tucows hereby tenders to the Court complete control and authority over the registration for the VIRGINHEALTH.NET domain name registration record.

5. This Registrar Certificate shall expire automatically, and control and authority over the registration record for the VIRGINHEALTH.NET domain name shall revert to Tucows (i) 14 calendar days from the date of this Registrar Certificate, unless this Registrar Certificate has been filed with the Court during that period and Tucows has received a file-stamped copy or other receipt from the Court that this Registrar Certificate has been properly filed therewith; or (ii) upon Tucows' receipt of an order dismissing all claims concerning VHC's contractual rights to register or use the VIRGINHEALTH.NET domain name. This Registrar Certificate shall also expire at the expiration of the domain name registration term, which shall include any reactivation, redemption, and pending delete periods.

6. The registration for the VIRGINHEALTH.NET domain name is currently active, and Tucows will not permit any transfer, suspension, or other modification to the registration record during the pendency of this action, except upon receipt of an order of the Court or a dismissal of all claims concerning VHC's contractual rights to register or use the VIRGINHEALTH.NET domain name.

I declare and certify under penalty of perjury that the foregoing is true and correct.

Executed on January 31st 2008, at Toronto, Ontario.

By: _____

Name: Sara Scruton

Title: Compliance Officer

562147.1

TOTAL P.003