AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Virgin Enterprises Limited,

V.

ENOM, INC., VIRGINAIRLINES.COM, DOMAINS VENTURES, WWWVIRGINATLANTIC.COM, CARLO HAKOPIAN, VIRGINDIRECT.COM, GEOVICS INFOTECH NIG.LTD, VIRGINBEAUTYLTD.BIZ, WHOIS PRIVACY PROTECTION SERVICE, INC., VIRGINHEALTHCARE.COM, VIRGIN HEALTH CORP., and VIRGINHEALTH.NET,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 00328**

TO: (Name and address of Defendant)

Carlo Hakopian
1 S.M.A.T.,
London W14 8NX
England

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James W. Dabney, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza, New York, NY 10004

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

DATE    JAN 1 4 2008

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action FILE NO. 08 CV 00328

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 15TH FEBRUARY 2008 |
| NAME OF SERVER (PRINT) MICHAEL KING | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: WHOLE FOODS MARKET, 63-97 KENSINGTON HIGH STREET, LONDON W8 5SE, U.K.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify): PERSONALLY SERVED CARLO HAKOPIAN AT ABOVE ADDRESS ON 13TH FEBRUARY 2008 AT 6-42 P.M.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL — | SERVICES — | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 15TH FEBRUARY 2008        M. King
             Date                    Signature of Server

43 GOLDEN LANE,
LONDON EC1Y0RS, UNITED KINGDOM.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.