UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                Plaintiff,

    - against -

ENOM, INC., VIRGINAIRLINES.COM, MONIKER
ONLINE SERVICES, LLC,
WWWVIRGINATLANTIC.COM, CARLO
HAKOPIAN, VIRGINDIRECT.COM, GEOVICS
INFOTECH NIG.LTD, VIRGINBEAUTYLTD.BIZ,
VIRGIN HEALTH CORP., VIRGINHEALTH.NET,
MELBOURNE IT LTD., and
VIRGINTELECOMMUNICATION.COM,

                Defendants.

------------------------------------------------------------x

ECF CASE

08 Civ. 0328 (JGK)

**CERTIFICATE OF SERVICE**

      I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on the 29th day of February, 2008 I caused to be served upon the following, by the method described below, a true copy of the Amended Complaint.

<u>AIRMAIL</u>

Carlo Hakopian
1 S.M.A.T.
London W14 8NX, England

                                                                  _____
                                                                  Jeffrey J. Bednar
                                                                  Paralegal