# UNITED STATES DISTRICT COURT

Southern District of New York

Virgin Enterprises Limited,

V.

ENOM, INC., VIRGINAIRLINES.COM, MONIKER ONLINE SERVICES, LLC, WWWVIRGINATLANTIC.COM, CARLO HAKOPIAN, VIRGINDIRECT.COM, GEOVICS INFOTECH NIG.LTD, VIRGINBEAUTYLTD.BIZ, VIRGIN HEALTH CORP., VIRGINHEALTH.NET, MELBOURNE IT LTD., and VIRGINTELECOMMUNICATION.COM

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 Civ. 0328 (JGK)

TO: (Name and address of Defendant)

Melbourne IT Ltd.
1900 Powell Street, Suite 1070
Emeryville, California 94608

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James W. Dabney, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza, New York, NY 10004

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(By) DEPUTY CLERK

DATE  FEB 2 2 2008

DEFENDANT: MELBOURNE IT Ltd
Case 1:08-cv-00328-JGK-THK   Document 9   Filed 03/18/2008   Page 2 of 2
◆AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> First Amended | DATE 3/4/2008 @ 8:04 p.m. |
| NAME OF SERVER *(PRINT)* Anne Vode | TITLE California Private Investigator, PI 12115 |

*Check one box below to indicate appropriate method of service*

Defendant: Melbourne IT Ltd.

☒ Served personally upon the defendant. Place where served: by serving Thomas C. Mackey, Agent for Service of Process, Authorized Agent @ 732 Old Creek Road, Danville, CA  94526

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 5, 2008
           Date

Signature of Server
Anne Vode
UNITEL GROUP
17 Battery Place, Suite 1226
New York, NY  10004
Address of Server
1-800-569-0753

(1) Additional Documents Served:
   FIRST AMENDED COMPLAINT,
   INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL,
   BLANK CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE,
   RIGHT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE INFORMATION SHEET,
   CRITICAL INSTRUCTIONS TO ATTORNEYS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.