AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Virgin Enterprises Limited,

V.

ENOM, INC., VIRGINAIRLINES.COM, MONIKER ONLINE SERVICES, LLC, WWWVIRGINATLANTIC.COM, CARLO HAKOPIAN, VIRGINDIRECT.COM, GEOVICS INFOTECH NIG.LTD, VIRGINBEAUTYLTD.BIZ, VIRGIN HEALTH CORP., VIRGINHEALTH.NET, MELBOURNE IT LTD., and VIRGINTELECOMMUNICATION.COM

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   08 Civ. 0328 (JGK)

TO: (Name and address of Defendant)

Melbourne IT Ltd.
1900 Powell Street, Suite 1070
Emeryville, California  94608

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James W. Dabney, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza, New York, NY 10004

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK _[signature]_

(By) DEPUTY CLERK

DATE   FEB 2 2 2008

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ FIRST AMENDED | DATE 6TH MARCH 2008 AT 2:56 PM |
| NAME OF SERVER (PRINT) TRISH NORTH | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: BY SERVING BEN LEAHMAN, MEMBER OF LEGAL DEPARTMENT OF MELBOURNE IT, AT LEVEL 2, 120 KING STREET, MELBOURNE VICTORIA, AUSTRALIA 3000.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 18TH MARCH 2008

Signature of Server

Address of Server: Level 1, 221 Queen Street, Melbourne Victoria, Australia

ADDITIONAL DOCUMENTS SERVED:

(1) FIRST AMENDED COMPLAINT
INDIVIDUAL PRACTICES OF JUDGE JOHN G. KOELTL
BLANK CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE
RIGHT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE INFORMATION SHEET.

CRITICAL INSTRUCTIONS TO ATTORNEYS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.