UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                      Plaintiff,                  ECF CASE

      - against -                  08 Civ. 0328 (JGK)

ENOM, INC., et al.,                  **ORDER TO SHOW CAUSE**

                      Defendants.

------------------------------------------------------------x

Upon the Complaint and the Declaration of James W. Dabney sworn to April 1, 2008, it is hereby

ORDERED, that defendant Carlo Hakopian appear in Courtroom 12B of the United States Courthouse, 500 Pearl Street, New York, New York at 4 o'clock p.m. on April 24, 2008, and show cause why a default judgment should not be entered against him; and it is further

ORDERED, that any papers submitted in opposition to issuance of a default judgment shall be delivered to plaintiff's counsel on or before April 18, 2008; and it is further

ORDERED, that on or before April 4, 2008, plaintiff shall serve a copy of this Order by first class mail on Carlo Hakopian, 1 S.M.A.T., London W14 8NX England.

DONE and ORDERED this 2 day of April, 2008.

                                          _____
                                          Judge John G. Koeltl
                                          United States District Judge

564556

*If the defendants fail to respond to this Order to Show Cause, judgment may be entered against them in which event the defendants will have no trial. The plaintiff shall file proof of service of this Order to Show Cause by April 18, 2008. So Ordered. 4/3/08*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                Plaintiff,

      - against -

ENOM, INC., VIRGINAIRLINES.COM, MONIKER ONLINE SERVICES, LLC, WWWVIRGINATLANTIC.COM, CARLO HAKOPIAN, VIRGINDIRECT.COM, GEOVICS INFOTECH NIG.LTD, VIRGINBEAUTYLTD.BIZ, VIRGIN HEALTH CORP., VIRGINHEALTH.NET, MELBOURNE IT LTD., and VIRGINTELECOMMUNICATION.COM,

                Defendants.

------------------------------------------------------------x

**ECF CASE**

08 Civ. 0328 (JGK)

**CLERK'S CERTIFICATE**

I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 14, 2008, with the filing of a complaint; the summons and complaint were served on defendant Carlo Hakopian on February 13, 2008 and proof of such service was filed with this Court on February 28, 2008; the amended complaint was filed on February 22, 2008 and served on February 29, 2008; and proof of such service was filed with this Court on March 10, 2008.

I further certify that the docket entries indicate that defendant Carlo Hakopian has not appeared in this action and its time for doing so has expired. The default of defendant Carlo Hakopian is hereby noted.

Dated: New York, New York
       April 1, 2008

Clerk of the Court J. Michael McMahon

By: _____
               Deputy Clerk