UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Virgin Enterprises Limited
                Plaintiff,
v.

Enom, Inc., virginairlines.com,
Moniker Online Services, LLC.,
wwwvirginatlantic.com, Carlo Hakopian,
virgindirect.com, Geovics Infotech Nig Ltd,
virginbeautyltd.biz, Virgin Health Corp.,
virginhealth.net, Melbourne IT Ltd and
virgintelecommunication.com

                Defendants

Civil Action No 08 Civ. 0328 (JGK)

### REGISTRAR CERTIFICATE

I, Helen Louise Barnett, of Melbourne IT Limited, Level 2, 120 King Street Melbourne, 3000, Victoria, Australia, hereby sincerely and solemnly declare :-

1. I have personal knowledge of the facts stated in this Registrar Certificate, and could and would testify to these facts if called as a witness in this matter. I am the Policy Officer of Melbourne IT Limited.

2. Melbourne IT Ltd is a registrar of internet second-level domain names in the top level domains of .com, .net, .org, .info and .biz

3. Our records indicate that the domain name virgintelecommunication.com is currently registered with Melbourne IT.

4. Through the deposit of this Registrar Certificate with the Registry of the Court, Melbourne IT Ltd hereby tenders to the Court control and authority regarding the disposition of the registration and use of the domain virgintelecommunication.com.

5. The registration for virgintelecommunication.com is active and Melbourne IT will not transfer, suspend or otherwise modify the domain name during the pendency of this action, except upon receipt of an order of the court or a dismissal of all claims concerning the registrant's contractual rights to register or use the subject domain names.

6. This Registrar Certificate shall expire automatically, and control and authority over the registration record of the domain names shall revert to Melbourne IT Ltd : (i) 14 calendar days from the date of this Registrar Certificate, unless this Registrar Certificate has been filed with the Court during that period and Melbourne IT Ltd has received a file-stamped copy; or (ii) upon Melbourne IT Ltd's receipt of an order dismissing all claims concerning the registrants' contractual rights to register or use the subject domain names.

**I ACKNOWLEDGE** that this declaration is true and correct and I make it on the belief that a person making a false declaration is liable to penalties of perjury.

**DECLARED** at Melbourne         )
In the State of Victoria, Australia    )
This 10th day of April 2008

                                          )        Signature of Declarant

Signature of Authorised Witness

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on the 11th day of April, 2008 I caused to be served upon the following, by the methods described below, a true copy of the Registrar Certifiate for VIRGINTELECOMMUNICATION.COM.

## AIRMAIL

Carlo Hakopian
1 S.M.A.T.,
London W14 8NX
England

Melbourne IT Ltd
Level 2, 120 King Street
Melbourne, Victoria 3000
Australia

_____
Jeffrey J. Bednar
Paralegal

7012648.1