UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                Plaintiff,

- against -　　　　　　　　　　　　　　　　ECF CASE

ENOM, INC., VIRGINAIRLINES.COM, MONIKER　　08 Civ. 0328 (JGK)
ONLINE SERVICES, LLC,
WWWVIRGINATLANTIC.COM, CARLO
HAKOPIAN, VIRGINDIRECT.COM, GEOVICS
INFOTECH NIG.LTD, VIRGINBEAUTYLTD.BIZ,
VIRGIN HEALTH CORP., VIRGINHEALTH.NET,
MELBOURNE IT LTD., and
VIRGINTELECOMMUNICATION.COM,

                Defendants.

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on the 3rd day of April, 2008 I caused to be served upon the following, by the methods described below, true copies of the April 2, 2008 Judge John G. Koeltl endorsed Order to Show Cause; Plaintiff's Proposed Order to Show Cause and Declaration of James W. Dabney.

**FIRST CLASS MAIL**

Carlo Hakopian
1 S.M.A.T.,
London W14 8NX
England

                                                _____
                                                Jeffrey J. Bednar
                                                Paralegal