AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Virgin Enterprises Limited,

V.

**SUMMONS IN A CIVIL ACTION**

ENOM, INC., VIRGINAIRLINES.COM, DOMAINS VENTURES, WWWVIRGINATLANTIC.COM, CARLO HAKOPIAN, VIRGINDIRECT.COM, GEOVICS INFOTECH NIG.LTD, VIRGINBEAUTYLTD.BIZ, WHOIS PRIVACY PROTECTION SERVICE, INC., VIRGINHEALTHCARE.COM, VIRGIN HEALTH CORP., and VIRGINHEALTH.NET,

CASE NUMBER:

TO: (Name and address of Defendant)

Virgin Health Corp.
7300 Corporate Center Drive
Miami, FL 33126

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James W. Dabney, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza, New York, NY 10004

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JAN 1 4 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

*VIRGIN ENT. LTD v. VIRGIN HEALTH*

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 4/14/2008 |
| NAME OF SERVER (PRINT) Ismael Quiles | TITLE Private Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2701 South Bayshore Drive Coconut Grove, FL  Mrs. Angie

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/14/2008
Date

Signature of Server

Miami, FL 33172
Address of Server

Documents Served:
1. Summons In a Civil Action
2. Amended Complaint
3. ECF Rules - Guidelines
4. Judge Koeltl Rules
5. Complaint
6. Judge Katz Rules
7. VHC Summons

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.