```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGIN ENTERPRISES LIMITED,

                Plaintiff,

    - against -

ENOM, INC., et al.,

                Defendants

08 Civ. 0328 (JGK)(THK)

ORDER

JOHN G. KOELTL, District Judge:

The Court has determined that the plaintiff is entitled to a default judgment against the defendant Carlo Hakopian. The matter is referred to the Magistrate Judge for an inquest and for a determination of whether a Rule 54(b) entry is appropriate.

SO ORDERED.

Dated:    New York, New York
           April 24, 2008

                                      John G. Koeltl
                                United States District Judge