UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                              Plaintiff,

                - against -

ENOM, INC., VIRGINAIRLINES.COM, MONIKER
ONLINE SERVICES, LLC,
WWWVIRGINATLANTIC.COM, CARLO HAKOPIAN,
VIRGINDIRECT.COM, GEOVICS INFOTECH
NIG.LTD, VIRGINBEAUTYLTD.BIZ, VIRGIN
HEALTH CORP., VIRGINHEALTH.NET,
MELBOURNE IT LTD., and
VIRGINTELECOMMUNICATION.COM,

                              Defendants.

------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

ECF CASE

08 Civ. 00328(JGK)

**STIPULATION AND ORDER**

       IT IS HEREBY STIPULATED, by and between the undersigned, as follows:

       1.     The domain name VIRGINTELECOMMUNICATION.COM, having previously been deposited with this Court by the registrar, Melbourne IT Ltd, is hereby ordered TRANSFERRED to plaintiff Virgin Enterprises Limited.

       2.     Conditional upon compliance with the Order of the Court in paragraph 1, above, this action is dismissed without prejudice and without costs as to defendant Melbourne IT Ltd only pursuant to Federal Rule of Civil Procedure 41(a)(2).

| | |
|---|---|
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | ROPES & GRAY LLP |

By: _____/s/_____
   James W. Dabney

One New York Plaza
New York, New York 10004-1980
Telephone: 212-859-8000
E-mail: james.dabney@friedfrank.com

Attorneys for Plaintiff
VIRGIN ENTERPRISES LIMITED

Dated: _____, 2008

By: _____/s/_____
   Susan Progoff

1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: 212-596-9152
E-mail: Susan.Progoff@ropesgray.com

Attorneys for Defendant
MELBOURNE IT LTD

Dated: May 1, 2008

SO ORDERED:

_____/s/_____
John G. Koeltl
United States District Judge

5/2/08

Dated: _____

- 2 -

7012671.2