UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
VIRGIN ENTERPRISES LIMITED,                :     08-CIV-0328 (JGK)

                       Plaintiff,     :     ECF CASE

               - against -            :

ENOM, INC., et al.,                        :
                     Defendants.    :
---------------------------------------------------------------x

## DECLARATION OF JAMES W. DABNEY

1.     I am a member of the Bar of this Court and of the firm Fried, Frank, Harris, Shriver & Jacobson LLP, attorneys for plaintiff Virgin Enterprises Ltd. ("VEL") in this action. I make this declaration in support of VEL's letter application for an Order Directing Substituted Service on defendant Geovics Infotech Nig. Ltd. ("Geovics"). I have personal knowledge of the matters stated in this declaration.

2.     Annexed hereto as Exhibit 1 is a WHOIS report dated May 15, 2007, on the domain name VIRGINBEAUTYLTD.BIZ. According to Exhibit 1, Geovics provided the e-mail address kingcharlesok@yahoo.com as an address for communications concerning the domain name VIRGINBEAUTYLTD.BIZ.

I, James W. Dabney, hereby declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: New York, New York
       May 15, 2008

                                                      _____
                                                           James W. Dabney

7010608

# EXHIBIT 1

**Request a FREE Global Domain Name Availability Report**    click here >

**Register Similar Domain Names**

☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

### Request This Name
No Upfront Fees! Express your interest in obtaining virginbeautyltd.biz if it becomes available on a no-obligation basis.

## Whois Result for virginbeautyltd.biz @ whois.biz

### Registrant

| | |
|---|---|
| Handle | B11525668042455 |
| Name | Geovics Infotech Nig. Ltd |
| Organization | Information technology |
| Address | 36 oritshetreet, ikeja |
| Address | 7 olabisi streer, alakuko |
| City | Ikeja |
| StateProvince | lagos |
| PostalCode | 2341 |
| Country | Nigeria |
| CountryCode | NG |
| Phone | +234.8037125186 |
| Email | kingcharlesok@yahoo.com |

### Domain

| | |
|---|---|
| Name | VIRGINBEAUTYLTD.BIZ |
| Handle | D13947054-BIZ |
| Status | clientTransferProhibited |
| NameServer | NS1.VHOSTDNS2.COM |
| NameServer | NS2.VHOSTDNS2.COM |
| CreatedDate | Mon Jul 10 21:26:52 GMT 2006 |
| ExpiresDate | Wed Jul 09 23:59:59 GMT 2008 |
| UpdatedDate | Thu Mar 06 05:17:01 GMT 2008 |
| DatabaseUpdatedDate | Thu May 15 17:42:29 GMT 2008 |

### Registrar

| | |
|---|---|
| Name | MELBOURNE IT LTD |

### AdminContact

| | |
|---|---|
| Handle | D115256678065917 |
| Name | Geovics Infotech Nig. Ltd Geovics Infotech Nig. Ltd |
| Organization | Information technology |
| Address | 36 oritshetreet, ikeja |
| Address | 7 olabisi streer, alakuko |
| City | Ikeja |
| StateProvince | lagos |
| PostalCode | 2341 |
| Country | Nigeria |
| CountryCode | NG |
| Phone | +234.8037125186 |
| Email | kingcharlesok@yahoo.com |

### TechContact

| | |
|---|---|
| Handle | D115256678065919 |
| Name | Geovics Infotech Nig. Ltd Geovics Infotech Nig. Ltd |
| Organization | Information technology |
| Address | 36 oritshetreet, ikeja |
| Address | 7 olabisi streer, alakuko |
| City | Ikeja |
| StateProvince | lagos |
| PostalCode | 2341 |
| Country | Nigeria |
| CountryCode | NG |
| Phone | +234.8037125186 |
| Email | kingcharlesok@yahoo.com |

**Order Now**

### Choose Great Domain Names
Melbourne IT's nameAssist helps you search available domain names to make sure you have the right Domain Name for your business.

## Find the holder of a Domain Name

WWW. [virginbeautyltd.biz]    Search

» Find a Multi-lingual Domain Name

**TERMS OF USE OF MELBOURNE IT LTD WHOIS**

The WHOIS database is operated by Melbourne IT ('we', 'our' or 'us'). Your access to, and use of, our WHOIS database and the information made available on our WHOIS database is subject to these Terms of Use and our Privacy Policy. All information contained in our WHOIS database is provided 'as is'. We take no responsibility for any error or omission in our WHOIS database. The data in our WHOIS database is provided to you for your information only. You may use the information in our WHOIS database only for the purpose of obtaining information about or related to a domain name registration record ('Permitted Purpose'). You agree not to use high-volume, automated electronic processes to access or query our WHOIS database. By submitting a WHOIS query to us, you agree that you will only use the data obtained from a WHOIS