UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
VIRGIN ENTERPRISES LIMITED,

                Plaintiff,                **ECF CASE**

      - against -                    08-CIV-0328 (JGK)

ENOM, INC., et al.,

                Defendants.
----------------------------------------x

## DECLARATION OF PAUL ISAAC

1      My name is Paul Isaac. My business address is Western House (7th Floor), 8/10 Broad Street, Lagos, Nigeria. I have personal knowledge of the matters stated in this declaration.

2.     On April 3, 2008 I went to the address for defendant Geovics Infotech Nig. Ltd. ("Geovics") listed on the WHOIS Record for VIRGINBEAUTYLTD.BIZ, 36 Oritshetreet, Ikeja, Lagos 2341, Nigeria. Defendant Geovics was not present at the address and the occupants did not know of it.

3.     On April 14, 2008, I went to the offices of defendant Geovics at 989 Lagos/Abeokuta Expressway, Ajegunle Bus Stop, Agbado Ijaiye, Lagos, Nigeria and attempted to deliver a summons and a copy of the Complaint in this action to defendant Geovics; however, Geovics' Managing Director refused to accept service of process and did not allow any staff of Geovics to accept service of process in this action.

I, Paul Isaac, hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: Lagos, Nigeria
      May 12th 2008

_____
Paul Isaac

7018423