UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------x

VIRGIN ENTERPRISES LIMITED,

               Plaintiff,                    ECF CASE

     - against -                    08-CIV-0328 (JGK)

ENOM, INC., et al.,

               Defendants.

------------x

### DECLARATION OF ROSELINE OKPETE

My name is Roseline Okpete. My business address is Western House (7th Floor), 8/10 Broad Street, Lagos, Nigeria. I have personal knowledge of the matters stated in this declaration.

2. On April 9, 2008, I contacted defendant Geovics Infotech Nig. Ltd. ("Geovics") at the telephone number listed on the WHOIS Record for VIRGINBEAUTYLTD.BIZ, 234.8037125186, and spoke with someone purporting to be Geovics' Managing Director. The purported Managing Director informed me that defendant Geovics' correct address is 989 Lagos/Abeokuta Expressway, Ajegunle Bus Stop, Agbado Ijaiye, Lagos, Nigeria.

I, Roseline Okpete, hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: Lagos, Nigeria
       May 12, 2008

                                                Roseline Okpete

7020886