UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

VIRGIN ENTERPRISES LIMITED,

                          Plaintiff,                      **ECF CASE**

          - against -                      08-CIV-0328 (JGK)

ENOM, INC., et al.

                          Defendants.

---------------------------------------------------------------X

## DECLARATION OF KUNLE ABIONA

      My name is Kunle Abiona. My business address is Western House (7th Floor), 8/10 Broad Street, Lagos, Nigeria. I have personal knowledge of the matters stated in this declaration.

      2.      On April 18, 2008, I went to the offices of defendant Geovics Infotech Nig. Ltd. ("Geovics") at 989 Lagos/Abeokuta Expressway, Ajegunle Bus Stop, Agbado Ijaiye, Lagos, Nigeria and attempted to deliver a summons and a copy of the Complaint in this action to defendant Geovics; however, a male staff member of Geovics, upon reviewing the papers, refused to accept service.

      3.      A further attempt to leave the papers at defendant Geovics' office led to a scuffle between myself and the male staff member and was threatened with physical intervention.

I, Kunle Abiona, hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: Lagos, Nigeria
May 21, 2008

_____
Kunle Abiona

7020879