USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                      Plaintiff,

    - against -

ENOM, INC., et al.,

                      Defendants.
------------------------------------------------------------x

08-CIV-0328 (JGK)

ECF CASE

**ORDER DIRECTING
SUBSTITUTED SERVICE**

This matter having been opened to the Court on plaintiff's letter application dated May 15, 2008, for an Order Directing Substituted Service under Federal Rule of Civil Procedure 4(f)(3) and 4(h)(2), and good cause having been shown therefor, it is hereby

ORDERED, that service of process on defendant Geovics Infotech Nig. Ltd. shall be deemed sufficient and complete if and when copies of the summons and complaint are delivered (a) by electronic mail to the e-mail address kingcharlesok@yahoo.com, and (b) by Air Mail to the offices of Geovics in Lagos, Nigeria at 989 Lagos/Abeokuta Expressway, Ajegunle Bus Stop, Agbado Ijaiye, Lagos, Nigeria, *in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the defendant.*

Dated: May 16, 2008

                                          _____
                                          The Honorable John G. Koeltl
                                          United States District Court

7010537