AO 440 (Rev. 8/01) Summons in a Civil Action

JUDGE KOELTL

# UNITED STATES DISTRICT COURT

Southern District of New York

Virgin Enterprises Limited,

V.

ENOM, INC., VIRGINAIRLINES.COM, DOMAINS VENTURES, WWWVIRGINATLANTIC.COM, CARLO HAKOPIAN, VIRGINDIRECT.COM, GEOVICS INFOTECH NIG.LTD, VIRGINBEAUTYLTD.BIZ, WHOIS PRIVACY PROTECTION SERVICE, INC., VIRGINHEALTHCARE.COM, VIRGIN HEALTH CORP., and VIRGINHEALTH.NET,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 00328**

TO: (Name and address of Defendant)

Geovics Infotech Nig. Ltd.
36 Oritsheterret,
Ikeja, Lagos 2341,
Nigeria

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James W. Dabney, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza, New York, NY 10004

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE   JAN 14 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
VIRGIN ENTERPRISES LIMITED,                           :
                                                      :
                              Plaintiff,              :          ECF CASE
                                                      :
             - against -                              :          08 Civ. 0328 (JGK)
                                                      :
ENOM, INC., et. al.,                                  :          **CERTIFICATE OF SERVICE**
                                                      :
                              Defendants.             :
                                                      :
------------------------------------------------------------------x

    I, Jeffrey J. Bednar, certify under penalty of perjury as prescribed in 28 U.S.C. § 1746 that on May 21, 2008, I caused true copies of the Complaint and Summons of Geovics Infotech Nig. Ltd. to be transmitted electronically upon:

kingcharlesok@yahoo.com

and I also caused to be transmitted, by Air Mail, true copies of the Summons, Complaint, Amended Complaint, Individual Rules of Judge Koeltl, Individual Rules of Magistrate Judge Katz and ECF Filing Rules to:

    Geovics Infotech Nig. Ltd.
    989 Lagos/Abeokuta Expressway
    Ajegunle Bus Stop
    Agbado Ijaiye, Lagos, Nigeria

Dated: New York, New York
       May 28, 2008

_____
Jeffrey J. Bednar

Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004-1980
Telephone: (212) 859-8000



$02.950
05/21/2008
Mailed From 10004
US POSTAGE



VIA AIRMAIL — CORREO AEREO ★ PAR AVION

**AIRMAIL**

Geovics Infotech Nig. Ltd.
989 Lagos/Abeokuta Expressway
Ajegunle Bus Stop
Agbado Ijaiye, Lagos, Nigeria

**PERSONAL & CONFIDENTIAL**