UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
VIRGIN ENTERPRISES LIMITED,

                Plaintiff,

      - against -

ENOM, INC., VIRGINAIRLINES.COM, MONIKER
ONLINE SERVICES, LLC,
WWWVIRGINATLANTIC.COM, CARLO
HAKOPIAN, VIRGINDIRECT.COM, GEOVICS
INFOTECH NIG.LTD, VIRGINBEAUTYLTD.BIZ,
VIRGIN HEALTH CORP., VIRGINHEALTH.NET,
MELBOURNE IT LTD., and
VIRGINTELECOMMUNICATION.COM,

                Defendants.
------------------------------------------------------------------x

**ECF CASE**

08 Civ. 0328 (JGK)

## CERTIFICATE OF SERVICE

      I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on the 13th day of May, 2008 I caused to be served upon the following, by the method described below, a true copy of the May 12, 2008 Magistrate Theodore H. Katz endorsed letter.

**AIR MAIL**

Carlo Hakopian
1 S.M.A.T.,
London W14 8NX
England

                                                          _____
                                                               Jeffrey J. Bednar
                                                               Paralegal

565634.1