USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGIN ENTERPRISES LIMITED,

        Plaintiff,

- against -

ENOM, INC., VIRGINAIRLINES.COM, MONIKER
ONLINE SERVICES, LLC,
WWW.VIRGINATLANTIC.COM, CARLO HAKOPIAN,
VIRGIN DIRECT.COM, GEOVICS INFOTECH
NIG.LTD, VIRGINBEAUTYLTD.BIZ, VIRGIN
HEALTH CORP., VIRGINHEALTH.NET,
MELBOURNE IT LTD., AND
VIRGINTELECOMMUNICATION.COM,

        Defendants.

CIVIL ACTION NO.
08-CV-0328

Hon. John G. Koeltl

June 2, 2008

## STIPULATION EXTENDING TIME TO ANSWER

The parties whose counsel sign this stipulation do, by this document, stipulate that the time within which defendants VIRGIN HEALTH CORP and VIRGINHEALTH.NET may respond to the First Amended Complaint of VIRGIN ENTERPRISES LIMITED is extended to and including June 30, 2008.

It is further stipulated that this stipulation may be filed in counterparts and that a facsimile signature constitutes an original signature.

Dated: June 2, 2008
       White Plains, New York

2005907.1

For:
FRIED, FRANK, HARRIS, SHRIVER
& JACOBSON LLP

By: _____

James W. Dabney (JD 9715)
Darcy M. Goddard (DG 2260)
Attorney for Plaintiff
Virgin Enterprises, Ltd.
One New York Plaza
New York, NY 10004-1980
Telephone: 212-859-8000

For :

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Adam R. Bialek ( AB 6268)
Attorney for Defendant
VIRGIN HEALTH CORP. and
VIRGINHEALTH.NET
3 Gannett Drive
White Plains, New York 10604
Telephone: 914-323-7000
Fax: 914-323-7001


SO ORDERED:

_____  6/6/08
Hon. John G. Koeltl

6/8/08