UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                Plaintiff,

- against -

ENOM, INC., et al.,

                Defendants.

------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2008

ECF CASE

08 Civ. 0328 (JGK)

**ORDER TO SHOW CAUSE**

Upon the Complaint and the Declaration of James W. Dabney sworn to June 13, 2008, it is hereby

ORDERED, that defendant Geovics Infotech Nig. Ltd. appear in Courtroom 12B of the United States Courthouse, 500 Pearl Street, New York, New York at 2:30 o'clock P..m. on July 11, 2008, and show cause why a default judgment should not be entered against it; and it is further

ORDERED, that any papers submitted in opposition to issuance of a default judgment shall be delivered to plaintiff's counsel on or before July 7, 2008; and it is further

ORDERED, that on or before June 27, 2008, plaintiff shall serve a copy of this Order by Air Mail on 989 Lagos/Abeokuta Expressway, Ajegunle Bus Stop, Agbado Ijaiye, Lagos, Nigeria.

DONE and ORDERED this 25 day of June, 2008.

                                                  _____
                                                  Judge John G. Koeltl
                                                  United States District Judge

7036597

The defendant Geovics Infotech Nig. Ltd. is advised that failure to respond to the order to show cause may be grounds for a default judgment being entered against it, in which event the defendant Geovics Infotech Nig. Ltd. will have no trial.

The plaintiff will file proof of service of this order to show cause by July 7, 2008.

**SO ORDERED.**

6/25/08

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                Plaintiff,

- against -

ENOM, INC., VIRGINAIRLINES.COM, MONIKER ONLINE SERVICES, LLC, WWWVIRGINATLANTIC.COM, CARLO HAKOPIAN, VIRGINDIRECT.COM, GEOVICS INFOTECH NIG.LTD, VIRGINBEAUTYLTD.BIZ, VIRGIN HEALTH CORP., VIRGINHEALTH.NET, MELBOURNE IT LTD., and VIRGINTELECOMMUNICATION.COM,

                Defendants.

------------------------------------------------------------x

ECF CASE

08 Civ. 0328 (JGK)

**CLERK'S CERTIFICATE**

    I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 14, 2008, with the filing of a complaint and the filing of an amended complaint on February 22, 2008; the summons, complaint and amended complaint were served on defendant Geovics Infotech Nig. Ltd on May 21, 2008 and proof of such service was filed with this Court on May 28, 2008.

    I further certify that the docket entries indicate that defendant Geovics Infotech Nig. Ltd has not appeared in this action and its time for doing so has expired. The default of defendant Geovics Infotech Nig. Ltd is hereby noted.

Dated: New York, New York
         June 12, 2008

Clerk of the Court J. Michael McMahon

By: _____
                Deputy Clerk