UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

VIRGIN ENTERPRISES LIMITED,

                     Plaintiff,

       - against -

ENOM, INC., et al.,

                     Defendants.

-------------------------------------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

ECF CASE

08 Civ. 0328 (JGK)

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff voluntarily dismisses the within action, without prejudice, as to defendants Virgin Health Corp. and VIRGINHEALTH.NET.

Dated: New York, New York
       June 27, 2008

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP

By _____
    James W. Dabney
    Margaret A. Johnson

One New York Plaza
New York, New York 10004-1980
Telephone: 212.859.8000

Attorneys for Plaintiff

7061520