UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
VIRGIN ENTERPRISES LIMITED,                :
:
                    Plaintiff,       :
:              **ECF CASE**
       - against -           :
:            08 Civ. 0328 (JGK)
ENOM, INC.,                                          :
:            **CERTIFICATE OF**
                 Defendants.    :            **SERVICE**
:
------------------------------------------------------------------x

       I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on June 26, 2008 I caused to be served upon the following, by electronic mail and Air Mail, postage prepaid, a true copy of the June 25, 2008 endorsed Order to Show Cause:

       Geovics Infotech Nig. Ltd.
       989 Lagos/Abeokuta Expressway
       Ajegunle Bus Stop
       Agbado Ijaiye, Lagos, Nigeria
       kingcharlesok@yahoo.com

Dated: New York, New York
       July 3, 2008

                                            _____
                                            Jeffrey J. Bednar
                                            Paralegal

565634.1