```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                         Plaintiff,

             - against -

ENOM, INC., et al.,

                        Defendants.

------------------------------------------------------------x

ECF CASE

08 Civ. 0328 (JGK)

**DEFAULT JUDGMENT**

       This matter having been opened to the Court on the application of plaintiff Virgin Enterprises Ltd. for issuance of a default judgment against defendant Geovics Infotech Nig. Ltd. ("Geovics"); and it appearing this action was commenced by the filing of the Complaint on January 14, 2008; and it further appearing that an Amended Complaint was filed on February 22, 2008; and it further appearing that defendant Geovics was served with a summons and a copy of the Complaint and Amended Complaint on May 21, 2008; and it futher appearing that defendant Geovics has not appeared in this action and its time for doing so having expired, ~~it is hereby~~ *And Geovics having failed to appear in response to the Order to Show Cause why a default judgment should not be entered* ORDERED, that Geovics, its agents, servants, employees, and attorneys, and all other persons in active concert or participation with Geovics who receive notice of this Order by personal service or otherwise, are permanently enjoined and restrained from using, registering, or maintaining any trade name, trademark, service mark, domain name, or other designation that incorporates the word "VIRGIN"; and it is further

       ORDERED, that the domain name VIRGINBEAUTYLTD.BIZ is hereby TRANSFERRED to plaintiff Virgin Enterprises Limited ("VEL"); and it is further

ORDERED, that Melbourne IT Ltd., or any subsequent registrar, is hereby directed to register or re-register the domain name VIRGINBEAUTYLTD.BIZ in the name of Virgin Enterprises Limited; and it is further

~~ORDERED, that NeuLevel, Inc., as the registry, change the registrar of record for the domain name VIRGINBEAUTYLTD.BIZ from the current registrar, Melbourne IT Ltd., to a registrar selected by VEL, including without limitation, Corporation Service Company, which subsequently will register domain name VIRGINBEAUTYLTD.BIZ in the name of Virgin Enterprises Limited.~~

DONE and ORDERED this 2 day of July, 2008.

_____
Judge John G. Koeltl
United States District Judge

7030623

This Judgment should be entered at this time because there is no just reason for delay pursuant to Fed. R. Civ. P. 54(b).

SO Ordered

JGKoeltl
7/11/08, U.S.D.J.