UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                Plaintiff,                            ECF CASE

       - against -                                08 Civ. 00328(JGK)

ENOM, INC., et. al.,                              **REGISTRAR CERTIFICATE**

               Defendants.

------------------------------------------------------------------x

I, _Shannon McDonald_, hereby certify and declare:

1. I have personal knowledge of the facts stated in this Registrar Certificate, and could and would testify to these facts if called as a witness in this matter. I am the _Domain Disputes Rep_ for Wild West Domains, Inc. ("Wild West Domains").

2. Wild West Domains is a registrar of Internet second-level domain names in a variety of top-level domains, including .COM, .NET and .ORG.

3. Our records indicate Carlo Hakopian ("Hakopian"), having an address at 1 S.M.A.T., London W14 8NX, Zimbabwe, is the registrant of the domain name VIRGINDIRECT.COM.

4. Through the deposit of this Registrar Certificate with the Registry of the Court, Wild West Domains hereby tenders to the Court complete control and authority over the registration for the VIRGINDIRECT.COM domain name registration record.

5. The registration for the VIRGINDIRECT.COM domain name is currently active, and Wild West Domains will not permit any transfer, suspension, or other modification to the

registration record during the pendency of this action, except upon receipt of an order of the Court or a dismissal of all claims concerning Hakopian's contractual rights to register or use the VIRGINDIRECT.COM domain name.

6. This Registrar Certificate shall expire automatically, and control and authority over the registration record for the VIRGINDIRECT.COM domain name shall revert to Wild West Domains (i) 14 calendar days from the date of this Registrar Certificate, unless this Registrar Certificate has been filed with the Court during that period and Wild West Domains has received a file-stamped copy or other receipt from the Court that this Registrar Certificate has been properly filed therewith; or (ii) upon Wild West Domains' receipt of an order dismissing all claims concerning Hakopian's contractual rights to register or use the VIRGINDIRECT.COM domain name. This Registrar Certificate shall also expire at the expiration of the domain name registration term, which shall include any reactivation, redemption, and pending delete periods.

I declare and certify under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2008, at Scottsdale, Arizona.

By: [signature]
Name: Shannon K. McDonald
Title: Domain Disputes Representative

LISA L. VILLENEUVE
Notary Public, State of Arizona
Maricopa County
My Commission Expires
June 08, 2010