UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

VIRGIN ENTERPRISES LIMITED,

                Plaintiff,

      - against -                        ECF CASE

ENOM, INC., VIRGINAIRLINES.COM, MONIKER      08 Civ. 0328 (JGK)
ONLINE SERVICES, LLC,
WWWVIRGINATLANTIC.COM, CARLO
HAKOPIAN, VIRGINDIRECT.COM, GEOVICS
INFOTECH NIG.LTD, VIRGINBEAUTYLTD.BIZ,
VIRGIN HEALTH CORP., VIRGINHEALTH.NET,
MELBOURNE IT LTD., and
VIRGINTELECOMMUNICATION.COM,

                Defendants.

------------------------------------------------------------------x

CERTIFICATE OF SERVICE

       I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on the 17th day of July, 2008 I caused to be served upon the following, by the method described below, a true copy of the 7/17/08 Report and Recommendation of Magistrate Judge Theodore H. Katz.

AIR MAIL

Carlo Hakopian
1 S.M.A.T.,
London W14 8NX
England

                                                          Jeffrey J. Bednar
                                                           Paralegal