USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/19/2008_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGIN ENTERPRISES LIMITED,

                Plaintiff,

    - against -

ENOM, INC., et al.,

                Defendants

08 Civ. 0328 (JGK)(THK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has reviewed the Report and Recommendation of Magistrate Judge Katz dated July 17, 2008.  No objections have been filed to the Report and the time for filing objections has passed.  In any event, the Court finds the Report and Recommendation to be well founded and adopts it.

    The Court will enter the proposed Default Judgment.  The plaintiff should also advise the Court promptly if the case should now be closed.

SO ORDERED.

Dated:    New York, New York
          August 18, 2008

                              John G. Koeltl
                  United States District Judge

MICROFILMED

AUG 2 6 2008 9 AM

Returned to chambers for scanning on _8.26.08_.
Scanned by chambers on _8/29/2008_.